McKenzie Czabaj, AZ Bar No. 036711
appearance *pro hac vice*
**Consumer Justice Law Firm PLC**
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Fax: (480) 613-7733
Email: mczabaj@consumerjustice.com

Jenna Dakroub, CA Bar No. 350170
**Consumer Justice Law Firm PLC**
16130 Ventura Boulevard, Suite 300
Encino, California 91436
Phone: (602) 807-1525
Email: jdakroub@consumerjustice.com

*Attorneys for Plaintiff Angela Alvarez*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| ANGELA ALVAREZ,<br><br>                Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND UPSTART NETWORK, INC.,<br><br>                Defendants. | Case No.: 2:25-cv-00937-WBS-SCR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

/ /

1

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC ("Equifax") Only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Only.

**IT IS SO ORDERED**.

Dated:  November 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE