McKenzie Czabaj, AZ Bar No. 036711
appearance *pro hac vice*
**Consumer Justice Law Firm PLC**
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Fax: (480) 613-7733
Email: mczabaj@consumerjustice.com

Jenna Dakroub, CA Bar No. 350170
**Consumer Justice Law Firm PLC**
16130 Ventura Boulevard, Suite 300
Encino, California 91436
Phone: (602) 807-1525
Email: jdakroub@consumerjustice.com

*Attorneys for Plaintiff Angela Alvarez*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ANGELA ALVAREZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND UPSTART NETWORK, INC.,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00937-WBS-SCR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT UPSTART NETWORK, INC. ONLY** |

//

1  Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Upstart Network, Inc. ("Upstart") Only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Upstart Only.

**IT IS SO ORDERED**

Dated:  December 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2