**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

ANGELA ALVAREZ,

                Plaintiff,

     v.

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC,
AND UPSTART NETWORK, INC.,

                Defendants.

Case No.: 2:25-cv-00937-WBS-SCR

**ORDER GRANTING STIPULATION
OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT TRANS UNION
LLC ONLY**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC Only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union LLC only.

**IT IS SO ORDERED.**

Dated: March 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1